**Alex Neill**
Agency Legal Counsel
**Sarah Clerget**
Chief Legal Counsel
Montana of Fish, Wildlife and Parks
1420 East Sixth Avenue
P.O. Box 200701
Helena, MT 59620-0701
ph: (406) 444-4573; (406) 444-4047
alex.neill@mt.gov; sclerget@mt.gov
*Attorneys for Montana Fish, Wildlife and Parks Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICTS OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FLATHEAD-LOLO-BITTERROOT CITIZEN TASK FORCE and WILDEARTH GUARDIANS,<br><br>  Plaintiffs,<br><br>  v.<br><br>STATE OF MONTANA, LESLEY ROBINSON, and GREG GIANFORTE,<br><br>  Defendants. | Case No. CV 23-101-M-DWM<br><br>**NOTICE OF APPEARANCE** |

Please take notice that Alex M. Neill and Sarah Clerget hereby enter their appearance as counsel for Defendant Lesley Robinson.

Dated this 2nd day of October, 2023.

/s/ Alex Neill
**Alex Neill**
Agency Legal Counsel

**Sarah Clerget**
Chief Legal Counsel