**Sarah Clerget-**
Chief Legal Counsel
Montana of Fish, Wildlife and Parks
1420 East Sixth Avenue
P.O. Box 200701
Helena, MT 59620-0701
ph: (406) 444-4047
sclerget@mt.gov
*Attorney forDefendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICTS OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FLATHEAD-LOLO-BITTERROOT CITIZEN TASK FORCE and WILDEARTH GUARDIANS,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF MONTANA, LESLEY ROBINSON, and GREG GIANFORTE,<br><br>Defendants. | Case No. CV 23-101-M-DWM<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Please take notice that Alex M. Neill has no longer represents Defendants on behalf of the State of Montana, Lesley Robinson and Greg Gianforte for Montana Fish, Wildlife and Parks ("MFWP"). Sarah Clerget will remain sole counsel for Defendants.

Dated this 18th day of October, 2023.

/s/ Sarah Clerget
**Sarah Clerget**
Chief Legal Counsel