Timothy M. Bechtold
**BECHTOLD LAW FIRM, PLLC**
PO Box 7051
Missoula, MT 59807
406-721-1435
tim@bechtoldlaw.net
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FLATHEAD-LOLO-BITTERROOT CITIZEN TASK FORCE and WILDEARTH GUARDIANS, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF MONTANA, LESLEY ROBINSON, and GREG GIANFORTE, <br><br> Defendants. | CV 23-101-M-DWM <br><br> **CASE MANAGEMENT PLAN** |

Pursuant to this Court's December 18, 2023, Order (Doc. 40), the Parties, by and through their undersigned counsel, hereby agree and submit the following Case Management Plan, as scheduled below:

1. Discovery Deadline: March 11, 2024

2. Summary Judgment Briefing:

    i. Plaintiffs shall move for summary judgment no later than April 15, 2024.

ii. Defendants shall file their cross-motions for summary judgment and opposition to Plaintiffs' motion not later than 21 days after Plaintiffs' file their motion for summary judgment.

iii. Plaintiffs shall file their reply brief and/or opposition to the Defendants' cross-motions not later than 14 days after Defendants' response.

iv. Defendants shall file their reply brief not later than 14 days after Plaintiffs' reply.

Respectfully submitted this 22nd day of December, 2023.

/s/Timothy M. Bechtold

*Attorney for Plaintiffs*

/s/Sarah Clerget

*Attorney for Defendants*