IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FLATHEAD-LOLO-BITTERROOT CITIZEN TASK FORCE and WILDEARTH GUARDIANS,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF MONTANA,<br><br>Defendant. | CV 23–101–M–DWM<br><br>ORDER |

The parties having filed a Joint Case Management Plan,

IT IS ORDERED that the parties' proposed schedule (Doc. 42) is ADOPTED and will govern the proceedings in this case going forward.

Dated this 31st day of January, 2024.

_____
Donald W. Molloy, District Judge
United States District Court