IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FLATHEAD-LOLO-BITTERROOT CITIZEN TASK FORCE and WILDEARTH GUARDIANS,<br><br>  Plaintiffs,<br><br>vs.<br><br>STATE OF MONTANA, LESLEY ROBINSON, and GREG GIANFORTE,<br><br>  Defendants,<br><br>and<br><br>MONTANA TRAPPERS ASSOCIATION and OUTDOOR HERITAGE COALITION,<br><br>  Defendant-Intervenors. | CV 23–101–M–DWM<br><br>ORDER |

On April 9, 2024, the Montana Trappers Association and Outdoor Heritage Foundation moved to intervene in this case, arguing they are entitled to intervene as of right under Federal Rule of Civil Procedure 24(a), or alternatively, that they should be permitted to intervene under Rule 24(b). (Doc. 46; *see* Doc. 47.) Neither party takes a position on the motion. (Doc. 46 at 2.)

1

IT IS ORDERED that the untimely motion to intervene (Doc. 46) is nevertheless GRANTED pursuant to Rule 24(b).

IT IS FURTHER ORDERED that Defendant-Intervenors must refile any attached motions and supplemental documents on or before April 12, 2024. The parties' Joint Case Management Plan (Doc. 42) governs all deadlines in the case. Defendant-Intervenors' brief in support of any summary judgment motion shall be limited to 10 pages, not including table of contents, table of authorities, exhibit index, or certificate of compliance. Briefing cannot be duplicative of State Defendants.

DATED this 11 day of April, 2024.

10:30 A.M.
Donald W. Molloy, District Judge
United States District Court