IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FLATHEAD-LOLO-BITTERROOT CITIZEN TASK FORCE and WILDEARTH GUARDIANS, | CV 23–101–M–DWM |
| Plaintiffs, | ORDER |
| vs. | |
| STATE OF MONTANA, LESLEY ROBINSON, and GREG GIANFORTE, | |
| Defendants, | |
| and | |
| MONTANA TRAPPERS ASSOCIATION, OUTDOOR HERITAGE COALITION, MONTANA STOCKGROWERS ASSOCIATION, MONTANA WOOL GROWERS ASSOCIATION, and MONTANA FARM BUREAU FEDERATION, | |
| Defendant-Intervenors. | |

On May 7, 2024, the Montana Stockgrowers Association, Montana Wool Growers Association, and Montana Farm Bureau Federation moved to intervene in this case, arguing they are entitled to intervene as of right under Federal Rule of Civil Procedure 24(a)(2), or alternatively, that they should be permitted to intervene under Rule 24(b).  (Doc. 69 at 2.)  The parties take no position.  (*Id.*)

IT IS ORDERED that the untimely motion to intervene (Doc. 69) is nevertheless GRANTED pursuant to Rule 24(b).

IT IS FURTHER ORDERED that Defendant-Intervenors Montana Stockgrowers Association, Montana Wool Growers Association, and Montana Farm Bureau Federation must refile any attached motions and supplemental documents on or before May 10, 2024.  This Court's Order (Doc. 63) governs all deadlines in the case.  Defendant-Intervenors' brief in opposition to Plaintiffs' summary judgment motion or cross-motion, if any, shall be limited to 4,000 words, not including table of contents, table of authorities, exhibit index, or certificate of compliance.  Briefing must be limited to the issue of coyote trapping and snaring.

IT IS FURTHER ORDERED that Plaintiffs' combined reply brief may not exceed 6,500 words.  Because State Defendants did not move for summary judgment, (*see* Doc. 64), they are not entitled to a reply.

IT IS FURTHER ORDERED that in light of the number of parties, oral argument shall be limited to 30 minutes for each side.  State Defendants and Defendant-Intervenors must apportion their time among themselves.

DATED this 8th day of May, 2024.

_____
Donald W. Molloy, District Judge
United States District Court

2