IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FLATHEAD-LOLO-BITTERROOT CITIZEN TASK FORCE and WILDEARTH GUARDIANS,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF MONTANA, LESLEY ROBINSON, and GREG GIANFORTE,<br><br>Defendants,<br><br>and<br><br>MONTANA TRAPPERS ASSOCIATION, OUTDOOR HERITAGE COALITION, MONTANA STOCKGROWERS ASSOCIATION, MONTANA WOOL GROWERS ASSOCIATION, and MONTANA FARM BUREAU FEDERATION,<br><br>Defendant-Intervenors. | CV 23–101–M–DWM<br><br>ORDER |

Defendant-Intervenors Montana Stockgrowers Association, Montana Wool Growers Association, and Montana Farm Bureau Federation move for the admission of Rosalyn DiLillo Knock to practice before this Court *pro hac vice*

1

with Lawson E. Fite to act as local counsel. Fite is an attorney with Schwabe, Williamson & Wyatt, P.C., in Portland, Oregon. Although he is a member of the bar of this Court, Fite does not appear to have a physical address within the geographical boundaries of the District of Montana. Therefore, Fite may not serve as local counsel. D. Mont. L.R. 83.1(d)(3).

Accordingly, IT IS ORDERED that Defendant-Intervenors' motion to admit Rosalyn DiLillo Knock *pro hac vice* (Doc. 89) is DENIED.

DATED this 4th day of June, 2024.

Donald W. Molloy, District Judge
United States District Court