IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FLATHEAD-LOLO-BITTERROOT CITIZEN TASK FORCE and WILDEARTH GUARDIANS,<br><br>   Plaintiffs,<br><br>vs.<br><br>STATE OF MONTANA, LESLEY ROBINSON, and GREG GIANFORTE,<br><br>   Defendants,<br><br>and<br><br>MONTANA TRAPPERS ASSOCIATION, OUTDOOR HERITAGE COALITION, MONTANA STOCKGROWERS ASSOCIATION, MONTANA WOOL GROWERS ASSOCIATION, and MONTANA FARM BUREAU FEDERATION,<br><br>   Defendant-Intervenors. | CV 23–101–M–DWM<br><br>NOTICE |

  The parties should be prepared to discuss all pending motions at the oral argument currently set for June 25, 2024. The parties should also be aware that a criminal jury trial is set for June 24, 2024, in *United States v. Green*, CR 24–08–M–DWM. Under Rule 50 of the Federal Rules of Criminal Procedure, criminal

1

trial settings take priority. *See also* 18 U.S.C. § 3161(h). Accordingly, if *Green* proceeds to trial, the June 25, 2024 hearing in this case will be vacated and reset.

DATED this 13th day of June, 2024.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court