IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FLATHEAD-LOLO-BITTERROOT CITIZEN TASK FORCE and WILDEARTH GUARDIANS,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF MONTANA, LESLEY ROBINSON, and GREG GIANFORTE,<br><br>Defendants,<br><br>and<br><br>MONTANA TRAPPERS ASSOCIATION, OUTDOOR HERITAGE COALITION, MONTANA STOCKGROWERS ASSOCIATION, MONTANA WOOL GROWERS ASSOCIATION, and MONTANA FARM BUREAU FEDERATION,<br><br>Defendant-Intervenors. | CV 23–101–M–DWM<br><br>ORDER |

The parties having filed a stipulated motion for dismissal in light of the new trapping regulations adopted by the State, (*see* Doc. 112 at 7–9),

IT IS ORDERED that the motion (Doc. 112) is GRANTED. This matter is DISMISSED based on the terms and agreements set forth in the Stipulated Motion.

1

All pending motions are MOOT and all deadlines are VACATED. The bench trial set for December 2, 2024 is VACATED. The Clerk of Court is directed to close this case and enter a judgment of dismissal.

DATED this 21st day of November, 2024.

_____
Donald W. Molloy, District Judge
United States District Court