IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FLATHEAD-LOLO-BITTERROOT CITIZEN TASK FORCE and WILDEARTH GUARDIANS,<br><br>        Plaintiffs,<br><br>vs.<br><br>STATE OF MONTANA, LESLEY ROBINSON, and GREG GIANFORTE,<br><br>        Defendants,<br><br>and<br><br>MONTANA TRAPPERS ASSOCIATION, OUTDOOR HERITAGE COALITION, MONTANA STOCKGROWERS ASSOCIATION, MONTANA WOOL GROWERS ASSOCIATION, and MONTANA FARM BUREAU FEDERATION,<br><br>        Defendant-Intervenors. | CV 23-101-M-DWM<br><br>JUDGMENT |

IT IS ORDERED AND ADJUDGED pursuant to the Court's Order of November 21, 2024, (Doc. 113) that the above-entitled matter is dismissed.

Dated this 21st day of November, 2024.

TYLER P. GILMAN, CLERK

/s/ Tyler P. Gilman